Concur: Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Stein, Fahey and Garcia; Judge Wilson taking no part.

(January 1, 2017 through January 31, 2017)

| Wells Fargo Bank, NA v Taschetta | App Div, 4th Dept: 2016 NY Slip Op 89811(U) | 1/9/17 |

(January 1, 2017 through January 31, 2017)

| People v Acevado | 1st Dept: 143 AD3d 549 (Bronx) | denied 1/4/17 (Stein, J.) |
| People v Acevedo | 1st Dept: 143 AD3d 549 (Bronx) | denied 1/4/17 (Stein, J.) |
| People v Alcides P. | 2d Dept: 144 AD3d 1178 (Kings) | denied 1/30/17 (Fahey, J.) |
| People v Alfred | 4th Dept: 142 AD3d 1373 (Onondaga) | denied 1/3/17 (Rivera, J.) |
| People v Allen | 4th Dept: 142 AD3d 1401 (Erie) | denied 1/23/17 (Garcia, J.) |
| People v Alvarez | 1st Dept: 143 AD3d 543 (NY) | denied 1/16/17 (Rivera, J.) |
| People v Angeles | App Term, 1st Dept: 53 Misc 3d 143(A) (NY) | denied 1/23/17 (Garcia, J.) |
| People v Anonymous | 1st Dept: 144 AD3d 595 (NY) | denied 1/26/17 (Garcia, J.) |
| People v Ashe | 1st Dept: 142 AD3d 887 (NY) | denied 1/27/17 (DiFiore, Ch. J.) |
| People v Bacuetes | App Term, 1st Dept: 53 Misc 3d 128(A) (NY) | denied 1/4/17 (Garcia, J.) |
| People v Baez | 1st Dept: 143 AD3d 474 (NY) | denied 1/17/17 (Fahey, J.) |
| People v Bartlett | 1st Dept: 143 AD3d 571 (NY) | denied 1/11/17 (Fahey, J.) |
| People v Barto | 4th Dept: 144 AD3d 1641 (Seneca) | denied 1/5/17 (Stein, J.) |
| People v Belton | 2d Dept: 143 AD3d 835 (Kings) | denied 1/10/17 (Stein, J.) |
| People v Blanco | 1st Dept: 143 AD3d 616 (NY) | denied 1/6/17 (Garcia, J.) |